# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### WESTERN DIVISION

| | | |
|---|---|---|
| **In Re:** ) | | |
| ) | | |
| **THOMAS FLANNERY** ) | | |
| ) | **Chapter 13** | |
| ) | **Case No. 24-30401-EDK** | |
| **Debtor** ) | | |
| ) | | |

## DEBTORS' VOLUNTARY DISMISSAL OF CHAPTER 13 CASE
## PURSUANT TO 11 U.S.C. §1307(b)

Now comes, Thomas Flannery, ("Debtor") by and through undersigned counsel, Glenn F. Russell, Jr., and who herein respectfully exercises his right to voluntarily dismiss his Chapter 13 case by requesting the same under 11 U.S.C. §1307(b). The Debtor therefore respectfully requests the the Court dismiss her case forthwith. In support of his voluntary dismissal request, the Debtor states the following:

1. 11 U.S.C. §1307(b) states in relevant part

   **(b).** On request of the debtor at any time, if the case has not been converted under section ZQ6, *1112.,* or 12..Q.8 of this title, the court shall dismiss a case under this chapter. Any waiver of the right to dismiss under this
   subsection is unenforceable.

2. Debtor avers that his case has not been converted under section 706, 1112,, or 1208 of

   this title (11 U.S.C.), as evidenced by the case docket.

requests this Honorable Court for an extension of time to comply with this Honorable Court's

Order to Update. In support thereof, the Debtor states as follows:

3. Therefore. Debtor respectfully states that he has the right lo voluntarily dismiss isr case, and hereby

further respectfully wishes to exercise this right under 11 U.S.C. 1307(b)/

WHEREFORE, for all of the foregoing reasons, the Debtor, by and through his undersigned counsel, Glenn F. Russell, Jr., respectfully requests that this Court enter an Order allowing the Debtor to voluntarily dismiss his Chapter 13 Case

Respectfully submitted,

Date: September 06, 2024

Attorney for the Debtor
/s/ Glenn F. Russell, Jr.
Glenn F. Russell, Jr.
BBO# 656914
38 Rock Street, Suite #12
Fall River, MA 02720
(888) 400-9318
russ45eq@gmail.com

CERTIFICATE OF SERVICE

I, Glenn F. Russell, Jr., do hereby certify that on the 6th day of September 2024, I served the Debtors' Motion to Extend time to Comply with this Court's Order to Update, to the following parties via electronic mail and submission to the ECF System, and/or by USPS postage prepaid to the following:.

*Assistant U.S. Trustee*
**John Fitzgerald**
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

**Chapter 13 Trustee**

David A. Mawhinney
PO Box 964,
Worcester, MA 01613

**JPMorgan Chase Bank, N.A.**

Joseph Dolben
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461

**Synchrony Bank/Gap**
PO Box 71727
Philadelphia, PA 19176(20903708)

**Synchrony Bank/Gap**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060(20903709)

/s/ *Glenn F. Russell, Jr.*
Glenn F. Russell, Jr.